**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2147**

_____

NAMISH PARIKH,

        Plaintiff - Appellant,

    v.

HON. BRIAN FROSH, In his capacity as Attorney General of Maryland,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:17-cv-00332-GJH)

_____

Submitted: February 28, 2018             Decided: March 16, 2018

_____

Before TRAXLER, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Namish Parikh, Appellant Pro Se. Alexis Burrell Rohde, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Namish Parikh appeals the district court's order dismissing this civil action challenging Maryland's prejudgment attachment procedure under the Fourth and Fourteenth Amendments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parikh v. Frosh*, No. 8:17-cv-00332-GJH (D. Md. Sept. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*